IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:10-cv-00685-JNE-RLE

| | |
|---|---|
| HOLLY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | )  **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| FINANCIAL RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, HOLLY BROWN ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  August 18, 2010          **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates            _
    Lee Cassie Yates- # 0352688
    Krohn & Moss, Ltd.
    120 West Madison Street, 10th Floor
    Chicago, IL 60602
    Phone: (312) 578-9428

*Attorney for Plaintiff*

1

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Sarah E. Doerr and Michael S. Poncin, Attorneys for Defendant, by the Court's CM/ECF system.

                                        s/ Lee Cassie Yates
                                        Lee Cassie Yates
                                        Attorney for Plaintiff