# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL NO: 0:10-cv-00685-JNE-RLE

| | |
|---|---|
| HOLLY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | |
| ) | |
| FINANCIAL RECOVERY SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: November 1, 2010

By: /s/Lee Cassie Yates_____
Lee Cassie Yates (#352688)
Attorney for Plaintiff
120 West Madison Street, 10th Floor
Chicago, IL 50502
(312) 578-9428
cyates@consumerlawcenter.com

Dated: November 1, 2010

**MOSS & BARNETT, PA**

By /s/ Michael Poncin _____
Michael S. Poncin
Attorney for Defendant,
4800 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Phone: (612) 877-5000
PoncinM@moss-barnett.com