**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:10-cv-00685-JNE-RLE**

| | |
|---|---|
| HOLLY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FINANCIAL RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: 11-2-1020

s/ Joan N. Ericksen
The Honorable Joan N. Ericksen
Judge of United States District Court