AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Holly Brown

V.

Financial Recovery Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-685 JNE/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

| November 4, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)    A. Linner   Deputy Clerk |